IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 95-40800
Summary Calendar
_____


RICHARD JAMES RANDLE,

Plaintiff-Appellant,

versus

F. FIGUEROA; R. SIMMONS; J. TESLER;
D. DOUGLAS; A. ANGEL,

Defendants-Appellees.

_____

Appeal from the United States District Court for
the Eastern District of Texas
USDC No. 6:95-CV-323
_____
February 23, 1996

Before REAVLEY, DUHÉ and WIENER, Circuit Judges.

PER CURIAM:[*]

Richard James Randle appeals from the magistrate judge's order dismissing his civil rights complaint as frivolous under 28 U.S.C. § 1915(d). We have reviewed the record and Randle's brief on appeal, in which he challenged his prehearing detention, the disciplinary charges filed against him, and the allegedly provocative and unprofessional conduct of certain female prison

---

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

guards.  We conclude that the magistrate judge did not abuse her discretion in dismissing Randle's claims.

Affirmed.